AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Kentucky

USA
V.
GENE PRIMUS

**EXHIBIT AND WITNESS LIST**

Case Number:  5:24-mj-5111-MAS

| PRESIDING JUDGE  Hon. Matthew A. Stinnett | PLAINTIFF'S ATTORNEY  James T. Chapman | DEFENDANT'S ATTORNEY  Brandi N. Lewis |
|---|---|---|
| TRIAL DATE (S)  3/29/20245 | COURT REPORTER  Audio File | COURTROOM DEPUTY  Samantha Howard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 3/29/2024 | | | WITNESS: Samuel Clements, TFO DEA, Lexington Metro Police Department |
| | x | 3/29/2024 | | | WITNESS: Vanitra Wynn, Defendant's Sister |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages