UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CRIMINAL ACTION NO. 5:24-CR-00033-DCR-MAS

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | |
| GENE PRIMUS | DEFENDANT |

## MOTION TO WITHDRAW

Comes now undersigned counsel, Hon. Brandi N. Lewis, and hereby moves this Honorable Court to allow counsel to withdraw from representation of the Defendant. As grounds for said Motion, Counsel states that the Defendant has hired private Counsel.

WHEREFORE, Counsel respectfully requests permission to withdraw from further representation.

Respectfully submitted,

By: /s/Brandi N. Lewis
HON. BRANDI N. LEWIS
BALDANI LAW GROUP
300 West Short Street
Lexington, KY 40507
T: (859) 259-0727
E: brandi@baldanilaw.com

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon all parties, by electronic submission, on this the 24th day of June 2024.

/s/Brandi N. Lewis