UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CRIMINAL ACTION NO. 5:24-CR-00033-DCR-MAS

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | |
| **ORDER** | |
| GENE PRIMUS | DEFENDANT |

\*\*   \*\*   \*\*\*   \*\*   \*\*

Upon Motion of Counsel for Defendant, Gene Primus, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion to Withdraw from this case is **SUSTAINED.**

Entered this the \_\_\_\_\_ day of June 2024.

_____
HON. JUDGE, UNITED STATES DISTRICT COURT