Dear Honorable Judge, Reeve's

        I am writing with a few concern's pertaining to my case. With hope's that you can provide me with a clear understanding of, why I'm not allowed to argue my fourth Amendment Right? And other matter's, and concern's that I have.

        I was under the impression that there was four conspirator's involved in this case. But it has been brought to my attention that the two conspirator's, charge's have been dismissed. One conspirator was the owner, and driver of a car that was illegally stopped, and search'ed, without a warrant. The item's seized in this illegal traffic stop, form'ed the basis of this case. I was not a passenger in this vehicle, but I am being charged with the item's seized. Which seem's unfair, and illegal, that I cant contest all and any evidence brought against me. I was informed by my lawyer, that the prosecutor refuse's to disclose any information pertaining to the two conspirator's case's that was dismissed. And I was under the impression that I can review all document's, statement's, warrant's, and affidavits, pertaining to my case.

        The second conspirator was the owner, and occupant of the house that was search'ed. To which, I did not reside, nor did I have access to the house on my own free accord. But yet I am being charged with the item's seized.

And the second conspirator charge's were dismissed as well. But prosecutor's wont disclose on what grounds the charge's were dismissed. But in the law under 21 U.S.C. sec. 846, state's: "Any person who attempts or conspire's to commit any offense defined in this sub-chapter shall be subject to the same penalties as those prescribed for the offense, commission of which was the object of the attempt or conspiracy". And if I'm being charged with it, I should have the right to argue, and contest any evidence brought against me. As well as, request arrest warrant's, and all report's against me. Evidence is "Fruit Of Poisoness Tree".

    I am also concerned about the career offender application. Which state's that "the defendant has at least two prior felony conviction's of a crime of violence or a controlled substance offense". Under subsection 4B1.2 of definition's, state's that a crime of either must have been punished exceeding a year. I have not served over a year on any of my past charge's. And I feel as though this application is excessive, and extreme.

I can only hope and pray to make it home to my son, and my family as soon as possible! And I ask of the court's to have mercy, in taking my letter into consideration! Thank you for your time!