Gene Primus
204 Beasley Road
Versailles, Ky 40383

LOUISVILLE KY 400
5 SEP 2024  PM 4  L

Woodford County Detention Center
Inmate Mail
Not Responsible for Contents

Danny Reeves
Honorable Judge
101 Barr Street
Lexington, Ky 40507

40507-135799