<strong>UNITED STATES DISTRICT COURT</strong>

<strong>EASTERN DISTRICT OF KENTUCKY</strong>

<strong>CENTRAL DIVISION</strong>

<strong>LEXINGTON</strong>

**CRIMINAL ACTION NO.: 5:24-CR-33-DCR-MAS**

**UNITED STATES OF AMERICA,**

         **PLAINTIFF,**

**V.**

**GENE PRIMUS,**

         **DEFENDANT.**

<strong>MOTION TO WITHDRAW</strong>

    Comes now the Cullen C. Gault and hereby moved this Court to withdraw as Attorney-of-Record for the Defendant, Gene Primus. Ms. Primus has retained another attorney who has entered an appearance in this matter

Respectfully submitted,

/s/ Cullen C. Gault
Gault Law Office

PO Box 21849

Lexington, KY 40522

(859) 987-1997

<strong>CERTIFICATE OF SERVICE</strong>

    This foregoing was served upon Counsel of Record via the electronic filing system on October 14, 2024.

/s/ Cullen C. Gault

Gault Law Office