# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKYV.

# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL ACTION NO.: 5:24-CR-33-DCR-MAS**

**UNITED STATES OF AMERICA,**

                                    **PLAINTIFF,**

**V.**

**GENE PRIMUS,**

                                    **DEFENDANT.**

## ORDER ALLOWING CULLEN C. GAULT TO WITHDRAW AS ATTORNEY OF RECORD

The Motion to Withdraw having come on before this Court and this Court being otherwise sufficiently advised, it is hereby ORDERED and ADJUDGED as follows:

1. Cullen C. Gault is hereby withdrawn as Attorney-of Record for the Defendant, Gene Primus.

_____    _____

Date                  US, District Judge

## CLERK'S CERTIFICATE OF SERVICE

This foregoing was served upon Counsel of Record via the electronic filing system on October \_\_\_\_, 2024.

_____

Clerk of US District Court