UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:24-CR-033-DCR-01

UNITED STATES OF AMERICA                                         PLAINTIFF

VS.

GENE PRIMUS                                            DEFENDANT

## NOTICE

Notice is hereby given that undersigned counsel has conferred with the Defendant, Gene Primus (hereinafter Mr. Primus), regarding his appellate rights, and Mr. Primus has chosen not to file a notice of appeal.

Respectfully submitted,

MASHNI LAW, PLLC

By:    /s/ Abraham Mashni
ABRAHAM MASHNI
271 W. Short St., Suite 506
Lexington, KY 40507
(859) 201-3550
Abe@KYCriminalDefense.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon all parties, by electronic submission, on this the 3rd day of March, 2025.

/s/ Abraham Mashni
ABRAHAM MASHNI
*Counsel for Defendant*